# IN THE UNITED STATES APPEALS COURT
# FIFTH CIRCUIT

Candace E. Taylor,

       **Plaintiff-Appellant**

VS.                                                          Case No. 23-60106

DENIS McDonough, Secretary, U.S.
Department of Veteran Affairs,

       **Defendant- Appellee**

---

## VERIFIED DECLARATION AND APPLICATION OF LINDA KENDALL GARNER TO APPEAR PRO-HAC-VICE IN THE ABOVE CAPTIONED CASE

I, Linda Kendall Garner, now file this Sworn Declaration and would show unto this Honorable Court the following facts, to wit:

(1)

I, Linda Kendall Garner, am licensed and in good standing to practice law in Tennessee and the Sixth Circuit. I have been a member of the Tennessee State Bar since May 8, 1989. My Tennessee Bar Number is 013573. I maintain an office at 40 South Main Street, Suite 1523, Memphis, Tennessee 38103. My phone, facsimile, and email addresses are (901) 524-1111, (901) 524-1004, and lgarner4@comcast.net.

(2)

I, Linda Kendall Garner, am not suspended or disbarred by any jurisdiction. I am currently licensed in good standing to practice law in the Western District of Tennessee and the United States Court of Appeals Sixth Circuit. (See attached Certificate of Good Standing)

(3)

I, Linda Kendall Garner, am of good moral character and familiar with the principles, practices, customs, and usages of the legal profession in the Fifth Circuit Appellate Court.

(4)

I, Linda Kendall Garner, certify that unless permitted to withdraw by order of the court, I will continue to represent Candace E. Taylor in this case until final determination by the court and that concerning all matters incident to this case, I consent to the jurisdiction of this federal appeals court and the applicable disciplinary tribunals of the Fifth Circuit Court of Appeals. I will adhere to the governing rules as if I, Linda Kendall Garner, were a regularly admitted and licensed member of the Fifth Circuit Bar. I further certify that this is the first time I have appeared Pro Hac Vice before any court or tribunal in the Fifth Circuit. I do not maintain any office within the State of Mississippi or any other state within the Fifth Circuit and have never engaged in the general practice of law in Mississippi without being properly admitted and licensed to practice law in the State.

I, Linda K. Garner, solemnly swear that I will conduct myself as an attorney and counselor of this court uprightly and according to law and will support the Constitution of the United States.

Respectfully submitted; this is the **24th** day of May 2023.

s/Linda Kendall Garner, #013573TN  
40 South Main Street, Suite 1523  
Memphis, Tennessee 38103  
(901)524-1111  
lgarner4@comcast.net

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that a true copy of the above application was served on all interested parties on the 24th day of May, 2023.

s/Linda K. Garner

## CERTIFICATE OF COMPLIANCE

**I , Linda K. Garner, certify that there are 360 words in the body of the above application to appear Pro Hac Vice.**

**s/Linda K. Garner**