# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

TO ALL WHOM IT MAY CONCERN, GREETINGS:
THIS IS TO CERTIFY THAT

## Linda K. Garner,

OF **Memphis**, STATE OF **Tennessee** WAS ON MOTION, FIRST MADE TO THE COURT ON **HER** BEHALF, DULY ADMITTED AND QUALIFIED AS AN ATTORNEY AND COUNSELOR OF THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT ON THE **1st** DAY OF **November**, IN THE YEAR OF OUR LORD ONE THOUSAND, NINE HUNDRED AND NINETY-THREE, AND THAT **SHE**, IS NOW IN GOOD STANDING.



In Testimony Whereof, I Deborah S. Hunt, Clerk of said Court, have hereunto set my hand and affixed the seal of the said Court, at the City of Cincinnati, Ohio this **11th** day of **April** in year of our Lord two thousand and twenty-three.

**Deborah S. Hunt**
Clerk, United States Court of Appeals for the Sixth Circuit

Markus Hayes
Deputy Clerk

Form 6CA-21
Revised January 2002

Linda K. Garner
The Law Office of Linda Kendall Garner
40 S Main St
Suite 1523
Memphis, Tennessee 38103

United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse Building
100 East Fifth Street
Cincinnati, Ohio 45202

**Deborah S. Hunt, Clerk**                                                                           (513) 564-7000

April 11, 2023

Board of Bar Examiners

Re: Statement of Discipline

To Whom It May Concern:

Our court has no grievance committee. We have no record of any charges being filed against Linda K. Garner with our court. According to our records, Linda K. Garner was admitted to the Sixth Circuit bar on November 1, 1993 and is a member in good standing.

Please note that requests for copies of attorney admission applications cannot be honored; these items are for office use only.

Sincerely,

Deborah S. Hunt, Clerk

Markus Hayes, Deputy Clerk