# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 23, 2023

Ms. Linda Kendall Garner
40 S. Main Street
Suite 140
Memphis, TN 38103

    No. 23-60106    Taylor v. McDonough
                           USDC No. 1:21-CV-294

Dear Ms. Garner,

**Your motion does not contain a certificate of compliance, pursuant to Fed. R. App. P. 32(g)(1) and 27(d)(2)(A).** You must email your sufficient motion to: Majella_Sutton@ca5.uscourts.gov for review within 5 days of this date. If the motion is in compliance, you will receive a notice of docket activity advising you that the sufficient motion has been filed.

You have not served your motion to appear pro hac vice on opposing counsel in accordance with FED. R. APP. P. 25. Please comply with this rule and forward to this office a certificate of service. FED. R. APP. P. 25(d) provides that the proof of service of documents must include the date and manner of service, the names of the persons served, and their mail or electronic addresses, facsimile numbers or physical delivery addresses, as appropriate for the manner of service. A copy is being forwarded to opposing counsel.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Majella A. Sutton, Deputy Clerk
                           504-310-7680

cc:
    Mr. Robert Gregg Mayer
    Ms. Shantrell Henderson Nicks